IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Platinum Supplemental Insurance, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:17-cv-08872 |
| v. ) | |
| ) | |
| Guarantee Trust Life Insurance Company. ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF PLATINUM SUPPLEMENTAL INSURANCE, INC.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

COMES NOW Plaintiff Platinum Supplemental Insurance, Inc. ("Platinum"), by and through their undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for a summary judgment order ruling in favor of Platinum on its claims for declaratory judgement and breach of contract, and against Guarantee Trust Life Insurance Company ("GTL") on GTL's claims for indemnity and contribution. Concurrently filed herewith is Defendants' Memorandum of Law in Support of said Motion and Statement of Uncontroverted Material Facts.

Dated:   January 31, 2019                    Respectfully submitted,

                                             */s/ Andrew R. Running*

                                             Andrew R. Running
                                             Jeffery J. Lula
                                             KIRKLAND & ELLIS LLP
                                             300 North LaSalle Street
                                             Chicago, Illinois  60654
                                             Telephone:  (312) 862-2000
                                             Facsimile:  (312) 862-2200

                                             Robert P. Conlon
                                             Christopher J. Shannon
                                             WALKER WILCOX MATOUSEK LLP
                                             One North Franklin
                                             Suite 3200
                                             Chicago, IL 60606-3610
                                             Telephone: 312.244.6700
                                             Fax: 312.244.6800


                                             ***Attorneys for Platinum Supplemental***
                                             ***Insurance Company, Inc.***

## CERTIFICATE OF SERVICE

I certify that on January 31, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Northern District of Illinois.

/s/ Andrew R. Running